# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| KEITH PADGETT, ] | |
| Plaintiff, ] | |
| v. ] | 2:17-cv-809-KOB |
| BOARD OF TRUSTEES OF THE ] UNIVERSITY OF ALABAMA AT ] BIRMINGHAM, ] | |
| Defendant. ] | |

## ORDER OF DISMISSAL

This matter comes before the court on the Plaintiff's "Notice of Voluntary Dismissal."

(Doc. 5).  The court DISMISSES this action WITHOUT PREJUDICE, with each side to bear her or its own costs.

DONE and ORDERED this 19th day of June, 2017.



KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE